UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES BUCCERONI**,<br><br>            Plaintiff,<br><br>  v.<br><br>**JOHN D. GREEN**, et al.,<br><br>            Defendants | CIVIL ACTION<br><br>No. 07-464 |

**MEMORANDUM/ORDER**

Before the court is defendants' motion to strike the *pro se* "Petition of Richard Thompson to Join Complaint Sounding in Class Action." *See* Docket Nos. 69, 72.  Mr. Thompson, who is not a party to this action, has opposed the motion to strike, stating that he wishes to "be considered by the court as a 'friend,' and his petition viewed as Amicus Brief." *See* Docket No. 73.  Mr. Thompson apparently wishes to contribute, as a friend of the court, his own allegations of wrongdoing by defendants Joel M. Flink and Drew Salaman in a separate matter apparently pending in Pennsylvania state court.  It appearing to the court that Mr. Thompson's petition, construed as an amicus brief, would not aid the court in the disposition of this case, defendants' motion to strike will be granted.

**AND NOW**, this 20th day of February, 2008, **IT IS ORDERED** that defendants' motion to strike, *see* Docket No. 72, is **GRANTED**, and the petition, *see* Docket No. 69, is hereby **STRICKEN**.

                                                               /s/ Louis H. Pollak
                                                               _____
                                                               Pollak, J.